UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

           Plaintiff,

    v.

$4,790.00 UNITED STATES
CURRENCY,

           Defendant.
_____

19-CV-01568-LJV-HKS
ORDER

## **FORFEITURE ORDER**

WHEREAS the government and the *pro se* claimant, Dominic Edwards, filed a stipulation for settlement and forfeiture agreeing to a settlement of the defendant currency totaling $4,790.00, *see* Docket Item 18,

AND WHEREAS no other parties or entities have filed a claim to the defendant currency and the time to do so now has expired,

IT HEREBY ORDERED that $2,395.00 United States currency shall be returned to Dominic Edwards, or to his designee, by the United States Marshals Service; and it is further

ORDERED, under 21 U.S.C. § 881(a)(6), that $2,395.00 United States currency is hereby forfeited to the United States of America and shall be disposed of in accordance with the law; and it is further

ORDERED that this Court shall retain jurisdiction to enforce this order and to amend such orders as necessary.


SO ORDERED.

Dated:   July 29, 2020
          Buffalo, New York

                                   s/ Hon. Lawrence J. Vilardo
                                   LAWRENCE J. VILARDO
                                   UNITED STATES DISTRICT JUDGE